UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: _____ |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant Charter Communications, Inc., pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes Plaintiff's Complaint in the above-styled action from the Fairfield Judicial District of the State of Connecticut Superior Court on the following grounds:

1. Plaintiff Kimberly Starling commenced a civil action against Defendant on August 31, 2021, in the Fairfield Judicial District of the State of Connecticut Superior Court, captioned: *Kimberly Starling v. Charter Communications, Inc.*, Civil Action No. FBT-cv21-6109429-S (the "State Court Action"). Pursuant to Sections 1331, 1441, and 1446 of Title 28 of the United States Code, Defendant removes this case to the United States District Court for the District of Connecticut, the Judicial District in which the State Court Action is pending.

2. Removal of this action is proper because the Complaint asserts federal question causes of action over which this Court has original jurisdiction.

3. Plaintiff has specifically asserted claims for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* Plaintiff does not allege any state law claims.

4.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff served Defendant on September 7, 2021, and Defendant filed the instant Notice not more than thirty (30) days after service.

5.     Venue is appropriate because the United States District Court for the District of Connecticut is the Judicial District in which Plaintiff's State Court Action is pending.

6.     As required by 28 U.S.C. § 1446, a copy of all process and pleadings in the State Court Action is attached hereto as "**Exhibit A**."

7.     Pursuant to 28 U.S.C. § 1446(d), a removal notice, together with a copy of the instant Notice of Removal, shall be filed with the clerk in the Fairfield Judicial District of the State of Connecticut Superior Court.

WHEREFORE, having provided notice as required by law, the above-entitled action should be removed from the Fairfield Judicial District of State of Connecticut Superior Court to the United States District Court for the District of Connecticut.

Respectfully submitted, this 6th Day of October 2021.

**ROBINSON & COLE LLP**

*/s/ Trevor L. Bradley*
Brian E. Moran
Connecticut Bar No. ct05058
bmoran@rc.com
Trevor L. Bradley
Connecticut Bar No. ct29993
tbradley@rc.com
1055 Washington Boulevard
Stamford, CT  06901
203-462-7500
203-462-7599 (fax)

**KABAT CHAPMAN & OZMER LLP**

Ryan D. Watstein*
rwatstein@kcozlaw.com
Matthew A. Keilson*
mkeilson@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)

* *Pro hac vice* applications forthcoming

*Counsel for Defendant Charter Communications, Inc.*

## **CERTIFICATE OF SERVICE**

This certifies that I have this day filed the foregoing DEFENDANT'S NOTICE OF REMOVAL with the Court, which was also served on all attorneys of record by U.S. Mail and e-mail.

Dated:  October 6, 2021

                                                */s/ Trevor L. Bradley*
                                                Trevor L. Bradley