UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY STARLING, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No.: 3:21-CV-01323

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Charter Communications, Inc., by and through the undersigned counsel, respectfully moves this Court for a 30-day extension of time to answer or otherwise respond to Plaintiff's Class Action Complaint. In support of this motion, Charter states as follows:

1. Plaintiff originally filed the Class Action Complaint in the Fairfield Judicial District of the State of Connecticut Superior Court. Doc. 1. Charter was served on September 7, 2021. *Id.*

2. On October 6, 2021, Charter timely filed a notice of removal. *Id.* Accordingly, Charter's current deadline to answer or otherwise respond to the Complaint pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure is October 13, 2021.

3. Charter has been diligent in gathering information since it received notice of this case. However, the undersigned counsel requires additional time to familiarize themselves with

the facts and circumstances surrounding this dispute, to discuss this matter with Plaintiff's counsel, and to investigate the veracity of Plaintiff's claims.

4. In light of the foregoing, Charter requests a short extension of time to answer or otherwise respond to Plaintiff's Class Action Complaint, in order to allow Charter and its counsel to evaluate its potential defenses and accurately address the allegations set forth in Plaintiff's Class Action Complaint.

5. The requested extension is for good cause and is not designed to delay the ultimate resolution of this case.

6. No previous extension of time to respond to Plaintiff's Complaint has been requested in this action, and no prejudice will result from granting the requested extension.

7. Rule 6(b) of the Federal Rules of Civil Procedure vests this Court with the discretion to grant this extension. FED. R. CIV. P. 6(b).

8. Charter has also inquired of all non-moving parties (*i.e.*, Plaintiff) and can now inform the Court that Plaintiff consents to this motion.

For these reasons, Charter respectfully requests that the Court grant it a 30-day extension to answer or otherwise respond to the Class Action Complaint, up through and including November 12, 2021.

Dated: October 7, 2021.

                                                Respectfully submitted,

                                                */s/ Trevor L. Bradley*
                                                Brian E. Moran
                                                Connecticut Bar No. ct05058
                                                bmoran@rc.com
                                                Trevor L. Bradley
                                                Connecticut Bar No. ct29993
                                                tbradley@rc.com
                                                1055 Washington Boulevard

Stamford, CT 06901
203-462-7500
203-462-7599 (fax)


**KABAT CHAPMAN & OZMER LLP**

Ryan D. Watstein*
rwatstein@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)

Paul A. Grammatico*
pgrammatico@kcozlaw.com
333 S. Grand Avenue, Suite 2225
Los Angeles, California 90071
(213) 493-3988
(404) 400-7333 (fax)

* *Pro hac vice* applications forthcoming

*Counsel for Defendant Charter Communications, Inc*

## **CERTIFICATE OF SERVICE**

This certifies that I have this day filed the foregoing with the Court, which was also served on all attorneys of record.

Dated: October 7, 2021

>*/s/ Trevor L. Bradley*
>Trevor L. Bradley