# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY STARLING, individually, and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHARTER COMMUNICATIONS, INC., )<br><br>Defendant. ) | Case No. 3:21-cv-01323-VAB |

## AFFIDAVIT OF CHRISTOPHER E. ROBERTS

I, Christopher E. Roberts, being sworn upon my oath, state:

1. I am over the age of eighteen, am of sound mind, and have personal knowledge of the matters set forth in this affidavit and attest that the information provided is accurate to the best of my knowledge.

2. I submit this affidavit to be admitted *pro hac vice* to represent Plaintiff Kimberly Starling in the above-referenced case.

3. I am a partner in the law firm Butsch Roberts & Associates LLC, 231 South Bemiston Avenue, Suite 260, Clayton, Missouri 63105. My e-mail address is croberts@butschroberts.com. The telephone number for my firm is 314-863-5700 and the fax number is 314-863-5711.

4. I am a member of the following state and federal courts:

- State of Missouri – September 2009 – Bar No. 61895

- State of Kansas – August 2010 – Bar No. 24528

- State of Illinois – November 2010 – Bar No. 6302857

- United States Court of Appeals for the Eighth Circuit – August 2011 – Bar No. 61895MO

- United States Court of Appeals for the Tenth Circuit – November 2020 – Bar No. 24528KS

- United States District Court for the Eastern District of Missouri – May 2011 – Bar No. 61895MO

- United States District Court for the Western District of Missouri – May 2020 – Bar No. 61895MO

- United States District Court for the Northern District of Illinois – October 2012 – Bar No. 6302857IL

- United States District Court for the Southern District of Illinois – March 2013 – Bar No. 6302857IL

- United States District Court for the District of Kansas – September 2019 – Bar No. 24528KS

- United States District Court for the Eastern District of Michigan – February 2020 – No Bar Number

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing and have never had any disciplinary complaints.

6. I have never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn any application for admission to practice while facing a disciplinary complaint before this Court or any other court.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8. I designate the sponsoring attorney, Angela Troccoli, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my *pro hac vice* admission pursuant to Local Rule 83.1(d).

Further affiant sayeth naught.

_____
Christopher E. Roberts

Subscribed and sworn to before me on October 11, 2021.

_____
Notary Public

My commission expires:

```
DAVID T. BUTSCH
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 12475510
My Commission Expires 10-04-2024
```

3