# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY STARLING, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:21-cv-01323-VAB ) |
| CHARTER COMMUNICATIONS, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Christopher E. Roberts of Butsch Roberts & Associates LLC enters his appearance for Plaintiff Kimberly Starling.

          **BUTSCH ROBERTS & ASSOCIATES LLC**

          By: /s/Christopher E. Roberts
             Christopher E. Roberts #phv20287
             231 South Bemiston Ave., Suite 260
             Clayton, MO 63105
             (314) 863-5700 (telephone)
             (314) 863-5711 (fax)
             roberts@butschroberts.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

          /s/Christopher E. Roberts