## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY STARLING AND NIKOLAS HAGMAN, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Case No.: 3:21-cv-01323 VAB |
| Plaintiff, | Hon. Victor A. Bolden |
| v. | |
| CHARTER COMMUNICATIONS INC., Defendants | |

## **STIPULATION OF DISMISSAL**

AND NOW, Plaintiffs Kimberly Starling and Nickolas Hagman, by and through their counsel, and Defendant Charter Communications, Inc., by and through its counsel, hereby stipulate to dismiss this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side bearing its own fees and costs.

SO STIPULATED:

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq., *pro hac vice*
Kimmel & Silverman, PC
30 E. Butler Avenue
Ambler, PA 19002
Telephone: (215) 540-8888 ext. 104
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Christopher E. Roberts
Butsch Roberts & Associates LLC
231 S. Bemiston Ave., Suite 260
Clayton (St. Louis), MO  63105
Telephone: (314) 863-5700
Facsimile: (314) 863-5711
email: croberts@butschroberts.com

Thomas A. Zimmerman, Jr., Esq.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 tel | (312) 440-4180 fax
tom@attorneyzim.com
*Attorneys for Plaintiff*

KABAT CHAPMAN & OZMER LLP
/s *Matthew A. Keilson*
Ryan D. Watstein*
rwatstein@kcozlaw.com
Matthew A. Keilson
mkeilson@kcozlaw.com
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
(404) 400-7333 (fax)
*\* Pro hac vice*
*Attorneys for Defendant*

DATED: August 22, 2022